

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00216-CR

Marcus A. **COOPER**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10168
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time is hereby GRANTED. Appellant's brief is due August 11, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court